# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BARBARA A. EATON  
722 QUAIL RIDGE DRIVE  
FREEPORT, IL  61032  

SSN-xxx-xx-1432

Case Number: 06-72403

Case filed on: 12/18/2006  
Plan Confirmed on: 4/6/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,800.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY MARK E ZALESKI | 2,500.00 | 2,500.00 | 1,469.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,469.00 | 0.00 |
| 002 | DUTTON & DUTTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GMAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DELL PREFERRED ACCOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PRIMARY FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | BARBARA A. EATON | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BARBARA A. EATON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HOMECOMINGS FINANCIAL | 13,136.94 | 0.00 | 0.00 | 0.00 |
| 004 | SN SERVICING CORPORATION | 2,261.47 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 15,398.41 | 0.00 | 0.00 | 0.00 |
| 005 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SMC | 322.59 | 322.59 | 3.28 | 0.00 |
| 007 | CAPITAL ONE | 5,505.51 | 5,505.51 | 56.00 | 0.00 |
| 009 | CBC CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 4,015.16 | 4,015.16 | 40.84 | 0.00 |
| 018 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GALLATIN RIVER COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PREMIER BANKCARD/CHARTER | 602.60 | 602.60 | 6.13 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 1,835.24 | 1,835.24 | 18.67 | 0.00 |
| 022 | KSB HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NICOR GAS | 678.46 | 678.46 | 6.90 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 1,314.26 | 1,314.26 | 13.36 | 0.00 |
| 025 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | US BANK/RETAIL PAYMENT SOLUTIONS | 385.39 | 385.39 | 3.92 | 0.00 |
| 027 | GMAC | 6,998.49 | 6,998.49 | 71.19 | 0.00 |
| 028 | AFNI/VERIZON | 412.52 | 412.52 | 4.20 | 0.00 |
|  | Total Unsecured | 22,070.22 | 22,070.22 | 224.49 | 0.00 |
|  | Grand Total: | 39,968.63 | 24,570.22 | 1,693.49 | 0.00 |

Total Paid Claimant:       $1,693.49  
Trustee Allowance:         $106.51  
Percent Paid Unsecured:    1.02  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007                By  /s/Heather M. Fagan